No. 74–646.  REYNOLDS ET AL. *v.* PASTER ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 74–665.  CIACCIO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 74–5020.  CARRINGTON *v.* VIRGINIA STATE PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 74–5072.  STEWART *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 74–5122.  WHITE *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 74–5144.  O'BRIEN *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 74–5146.  SURLES *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5194.  CHAVERS *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 74–5201.  OWENS *v.* CANNON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 74–5209.  MORROW *v.* ILLINOIS; and
No. 74–5210.  MACKINS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.  Reported below: 17 Ill. App. 3d 24, 308 N. E. 2d 92.

No. 74–5218.  CRUMP *v.* BRANTLEY, WARDEN.  App. Ct. Ill., 1st Dist.  Certiorari denied.